Trevor K. Ryan
1232 Hyperion Ave.
Los Angeles, CA 90029

Petitioner, *Pro Se*,

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Trevor K. Ryan, | ) | |
|     Petitioner, | ) | Case No. 08-cr-164-bbc |
| | ) |         14-cv-430-bbc |
| | ) | |
| -Versus- | ) | **NOTICE OF APPEAL AND** |
| | ) | **MOTION TO PROCEED** |
| | ) | **IN FORMA PAUPERIS WITH** |
| | ) | **APPOINTED COUNSEL** |
| United States, | ) | |
|     Respondent | ) | |

---

**COMES NOW,** Trevor K. Ryan, Petitioner, *Pro Se*, to give notice to the Court of his intention to appeal the denial of his § 2255 petition to the Seventh Circuit Court of Appeals.

Since a certificate of appealability has not issued from this Court, he intends to seek one from the Court of Appeals.

Pursuant to Fed. R. App. P.22, Petitioner requests leave to proceed in forma pauperis, and again requests the appointment of counsel. He can neither pay the filing fee for an appeal, nor hire an attorney. He works as a restaurant waiter, earning minimum wage plus tips, which amounts to less than $2000 per month.

**NOW, THEREFORE,** for the reasons set forth above, Petitioner requests leave to proceed in forma pauperis, on appeal, and the appointment of legal counsel.

DATED THIS 19th DAY OF SEPTEMBER, 2014

RESPECTFULLY SUBMITTED: _s:/Trevor Ryan_____
                                          Trevor Ryan
                                          Petitioner, pro se